IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLCOR PURITAN BENNETT,<br><br>    Plaintiff,<br><br>  v.<br><br>PORTEX INC,<br><br>    Defendant. | No. CV 04-01934 VRW<br><br>**ORDER GRANTING STIPULATION** |

  The stipulation selecting Private ADR for ADR process filed in the above captioned case is **GRANTED.**

  **IT IS SO ORDERED**


Dated: August 3, 2005

Judge Vaughn R Walker
UNITED STATES DISTRICT JUDGE