**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  NELLCOR PURITAN BENNETT, INC, et        No    C-04-1934 VRW
    al,
12                                               ORDER
            Plaintiffs,
13
            v
14
    SMITHS MEDICAL INTERNATIONAL,
15  LTD, et al,
16          Defendants.
    ─────────────────────────────────/
17

18          On February 1, 2006, Jenner & Block and Fenwick & West,

19  counsel for defendant BreGas AB ("BreGas"), moved to withdraw as

20  counsel and to shorten time on the motion to withdraw.  The court

21  GRANTS the motion to shorten time and schedules a hearing on the

22  motion to withdraw for February 16, 2006, at 2:00 PM.

23          Counsel assert that BreGas has not objected to their

24  motion to withdraw.  Nonetheless, a corporation may appear only

25  through a member of the bar of this court.

26  //

27  //

28  //

**United States District Court**

For the Northern District of California

1  Hence, the grant of counsel's motion to withdraw will depend upon

2  substitution of replacement counsel.

3

4        IT IS SO ORDERED.

5

6        _____

7        VAUGHN R WALKER

8        United States District Chief Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**