SCOTT R. BROWN (CSB# 151635)
MICHAEL B. HURD (Admitted *Pro Hac Vice*)
DAVID V. AYRES (Admitted *Pro Hac Vice*)
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108-2519
Phone: (816) 474-9050
Fax: (816) 474-9057

Attorneys for the Plaintiffs and Counter-Defendants
NELLCOR PURITAN BENNETT, INC. and
BOARD OF REGENTS, THE UNIVERSITY OF
TEXAS SYSTEM.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NELLCOR PURITAN BENNETT, INC., and BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>SMITHS MEDICAL INTERNATIONAL LTD., et al.,<br><br>    Defendants and Counter-Plaintiffs. | Case No. 04-1934 VRW<br><br>**STIPULATION OF DISMISSAL OF SMITHS MEDICAL INTERNATIONAL LTD. AND SMITHS MEDICAL ASD, INC.** |

WHEREAS, Nellcor Puritan Bennett, Inc. and Board of Regents, the University of Texas System ("Plaintiffs") and Smiths Medical International Ltd. and Smiths Medical ASD, Inc. ("Smiths Entities") have settled this matter based on the terms set forth in the confidential Settlement and License Agreement having an effective date of April 1, 2006;

Plaintiffs and the Smiths Entities, by and through their counsel, hereby agree, stipulate and request that each of their claims against each other, but excluding Plaintiffs' claims against the remaining defendants, be dismissed, with prejudice, each party to bear its own respective costs and attorney fees.

1	Read and Approved:

2	                                    HOVEY WILLIAMS LLP

3

4	Dated: August 5, 2006          By  _____
                                    SCOTT R. BROWN (CSB# 151635)
5                                   MICHAEL B. HURD (Admitted *Pro Hac Vice*)
                                    DAVID V. AYRES (Admitted *Pro Hac Vice*)
6                                   2405 Grand Boulevard, Suite 400
                                    Kansas City, Missouri 64108
7
                                    ATTORNEYS for the Plaintiffs and Counter-
8                                   Defendants NELLCOR PURITAN BENNET, INC.
                                    and MALLINCKRODT INC.
9

10

11	                                JENNER & BLOCK LLP

12

13	Dated: August 1, 2006          By: _____
                                    HARRY J. ROPER (Admitted *Pro Hac Vice*)
14                                  MARSHALL J. SCHMITT (Admitted *Pro Hac Vice*)
                                    One IBM Plaza
15                                  Chicago, Illinois 60611

16                                  ATTORNEYS for the Defendants and Counter-
                                    Plaintiffs SMITHS INTERNATIONAL LTD.
17                                  and SMITHS MEDICAL ASD, INC.

18	SO ORDERED:

19

20	Dated: August 16, 2006          _____

21	                                United States District Judge

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL OF SMITHS          2                    CASE NO. 04-1934 VRW
MEDICAL INTERNATIONAL LTD. AND SMITHS
MEDICAL ASD, INC.