SCOTT R. BROWN (CSB# 151635)
MICHAEL B. HURD (Admitted *Pro Hac Vice*)
DAVID V. AYRES (Admitted *Pro Hac Vice*)
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108-2519
Phone: (816) 474-9050
Fax: (816) 474-9057

Attorneys for the Plaintiffs
NELLCOR PURITAN BENNETT, INC. and
BOARD OF REGENTS, UNIVERSITY OF
TEXAS SYSTEM

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NELLCOR PURITAN BENNETT, INC., and BOARD OF REGENTS, UNIVERSITY OF TEXAS SYSTEM,<br><br>                Plaintiffs,<br><br>        v.<br><br>SMITHS MEDICAL INTERNATIONAL LTD.,SMITHS MEDICAL ASD, INC., BREGAS AB, VITAL SIGNS, INC. VITAL SIGNS SWEDEN AB, and FUTALL AB,<br><br>                Defendants. | Case No.: 04-1934 VRW<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>**Date:**  Not Applicable<br>**Time:**  Not Applicable<br>**Judge:**  Chief Judge Vaughn R. Walker |

**STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff and Counter-Defendant Nellcor Puritan Bennett Incorporated, Plaintiff Board of Regents, The University of Texas System, and Defendant Vital Signs, Inc., Defendant Vital Signs Sweden AB, and Defendant Futall AB in this case, hereby jointly stipulate that all claims or causes of action asserted in this suit between and among Plaintiff and Counter-Defendant Nellcor Puritan Bennett Incorporated, Plaintiff Board of Regents, The University of Texas System, and Defendant Vital Signs, Inc., Defendant Vital Signs Sweden AB, and Defendant Futall AB are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims.

The above parties further stipulate that all attorneys' fees and costs are to be borne by the party that incurred them.

IT IS SO STIPULATED.

Respectfully submitted,

Date:  September 8, 2006

/s/ Scott R. Brown
SCOTT R. BROWN (CSB# 151635)
MICHAEL B. HURD (Admitted *Pro Hac Vice*)
DAVID V. AYRES (Admitted *Pro Hac Vice*)
HOVEY WILLIAMS LLP
2405 Grand Boulevard, Suite 400
Kansas City, Missouri 64108-2519
Phone:  (816) 474-9050
Fax:  (816) 474-9057

Attorneys for the Plaintiffs and
Counter-Defendants
NELLCOR PURITAN BENNETT, INC. and
BOARD OF REGENTS, UNIVERSITY OF
TEXAS SYSTEM

Respectfully submitted,

Date:  September 8, 2006

/s/ Frank L. Bernstein
Frank L. Bernstein(CSB#189504)
KENYON & KENYON LLP
333 West San Carlos Street
San Jose, California
Phone:  (408) 975-7500
Fax:  (408) 975-7501

Attorneys for the Defendants
VITAL SIGNS, INC., VITAL SIGNS SWEDEN AB,
and FUTALL AB

IT IS SO ORDERED.

Signed this ___14th___ day of __September___ 2006.

_____
Chief Judge Vaughn R. Walker

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of Nellcor Puritan Bennett, Inc. and Board of Regents, The University of Texas System's **STIPULATED DISMISSAL WITH PREJUDICE** is being served upon the following counsel of record this 8th day of September, 2006, via e-mail to:

>Scott R. Brown
>Hovey Williams LLP
>2405 Grand Boulevard, Suite 400
>Kansas City, Missouri 64108-2519
>E-mail:  Scott Brown [srb@hoveywilliams.com]
>
>*Attorneys for Plaintiffs*
>*Nellcor Puritan Bennett, Inc. and*
>*Board of Regents, University of Texas System*

Date:  September 8, 2006                               /s/ Frank L. Bernstein
                                                         Frank L. Bernstein